**IT IS ORDERED as set forth below:**



**Date: January 7, 2019**

_____
**Barbara Ellis-Monro**
**U.S. Bankruptcy Court Judge**

_____

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO.: 16-67955-BEM |
| | ) | |
| JEREMY DAUDELIN BARLOW | ) | |
| | ) | CHAPTER 7 |
| Debtor. | ) | |

### ORDER AND NOTICE OF HEARING

On January 7, 2019, Debtor filed a Motion for Emergency Hearing (Doc. No. 18), seeking an emergency hearing on Debtor's Motion to Reopen Closed Bankruptcy Case in Order to Avoid Lien (Doc. No. 13). For good cause shown, it is hereby

ORDERED that Debtor's Motion for Emergency Hearing is ***GRANTED***. A hearing on Debtor's Motion to Reopen Closed Bankruptcy Case in Order to Avoid Lien (Doc. No. 13) will be held on January 8, 2019, at 010:00 A.M. in Courtroom 1402, United States Courthouse, 75 Ted Turner Drive, SW, Atlanta, Georgia 30303. Debtor's counsel is directed to serve this Order and Notice by e-mail, facsimile, or over-night mail

on the Chapter 7 Trustee and *all creditors* and shall file a certificate evidencing such service prior to the hearing.

[END OF DOCUMENT]

Prepared by:

 /s/_____
Howard Slomka
Georgia Bar # 652875
Slipakoff and Slomka, P.C.
Attorney for Debtor
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339